IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document relates to: 1:16-cv-2363<br><br>Douglas Wilson and Martha LaMacchia<br><br>v.<br><br>Eli Lilly and Company; Lilly USA, LLC; Acrux Commercial Pty Ltd. and Acrux DDS Pty Ltd. | Master Docket Case No. 1:14-cv-1748<br><br>Honorable Matthew F. Kennelly |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Comes Now, Douglas Wilson and Martha LaMacchia, Plaintiffs, and before the filing of any Answer or Motion for Summary Judgment by Defendants, dismisses their case without prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(i).

Dated: February 26, 2016

Respectfully submitted,

/s/ *Frank M. Petosa*
Frank M. Petosa
Fla. Bar #972754
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
600 North Pine Island Road - Suite 400
Plantation, FL 33324
Tel: 954-318-0268
Fax: 954-327-3018
fpetosa@forthepeople.com
COUNSEL FOR PLAINTIFFS

*1*

## Certificate of Service

I hereby certify that on February 26, 2016, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Frank M. Petosa*
Frank M. Petosa
Fla. Bar #972754
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
600 North Pine Island Road - Suite 400
Plantation, FL 33324
Tel: 954-318-0268
Fax: 954-327-3018
fpetosa@forthepeople.com
COUNSEL FOR PLAINTIFFS